# Exhibit D

# Yiwu Magicat Crafts Co.,Ltd

| Commercial Invoice ||
|---|---|
| Invoice Number 201901309 | Date: January 30, 2019 |
| Shipper | Consignee |
| Yiwu Magicat Crafts Co.,Ltd<br>No 558 Binwang Road, Yiwu, Zhejiang, China<br>+86 180-6990-2790 | Daniel Bekavac<br>Bekavac Trading Company Inc<br>921 Brian Dr. Ste D<br>Crest Hill, IL 60403<br>708-677-5221 |
| Order Detail ||
| LCR 3 dice with 24 chips game set<br>Red, Yellow, Green, Blue<br>5,000 pcs per color<br>20,000 pcs in total ||
| Quantity | 20,000 |
| Unit price | $1.00 |
| Total value | $20,000.00 |

PAYMENT DETAIL:
Agricultural Bank of China, Zhejiang Branch
SWIFT CODE: ABOCCNBJ110
RECEIVER: CAI YUEZHU
ACCOUNT NUMBER: 19648014040107467
ADDRESS: NO. 28 Qingchun Road, Hangzhou city, Zhejiang, China